UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

JOSUE ROMERO,                        :

                   Plaintiffs,  :

                                  :          20 Civ. 7866 (LGS)

          -against-             :

                                  :              ORDER

VICOSOFT INC.,                  :

                                  :

                   Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this Court's Order, dated October 5, 2020, required the parties to file a

proposed joint letter and case management plan by November 26, 2020.  Dkt. No. 5.

       WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

       **ORDERED** that, the parties shall file the joint letter and proposed case management plan

as soon as possible and no later than **December 2, 2020, at noon**.

Dated: November 30, 2020
      New York, New York

                                **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**